UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABBAS ABDOUSH,                          No. 07-11743

        Plaintiff,               District Judge Gerald E. Rosen

v.                                      Magistrate Judge R. Steven Whalen

DETROIT POLICE DEPT., et.al.,

        Defendants.
_____ /

## ORDER REGARDING FINAL PRETRIAL CONFERENCE

This case has been referred to the undersigned Magistrate Judge for a final pretrial conference. Discovery closed on December 28, 2008, and the dispositive motion cut-off date was January 28, 2008.

The Plaintiff, who is proceeding *pro se*, is a prison inmate in the custody of the Michigan Department of Corrections (MDOC). This makes the preparation of a joint final pretrial order somewhat more difficult than it would ordinarily be. Therefore, in order to expedite this case and to ensure a meaningful final pretrial conference, Plaintiff Abbas Abdoush is directed to file with the Court, with a copy to the attorney for the Defendants, by June 30, 2008:

1.    A short narrative statement of the facts he expects to prove at trial.

2.    A list of witnesses he expects to call at trial, including a short

summary of the testimony he expects each witness will give.

3.　　A list of the exhibits he expects to offer at trial.

After this information is filed, Defendants shall file with the Court, with a copy to the Plaintiff, by July 21, 2008:

1.　　A short narrative statement of the facts they expect to prove at trial.

2.　　A list of the witnesses they expect to call at trial , including a short summary of the testimony they expect each witness will give.

3.　　A list of the exhibits they expect to offer at trial.

A final pretrial conference will be held before the Honorable R. Steven Whalen on July 30, 2008, in Courtroom 662, United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226. The Court will prepare a writ directing the MDOC to produce the Plaintiff on that date.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: May 30, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 30, 2008.

S/G. Wilson
Judicial Assistant