UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABBAS ABDOUSH,　　　　　　　　　　　　　No. 07-11743

　　　　　Plaintiff,　　　　　　　　　　　　　District Judge Gerald E. Rosen

v.　　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

DETROIT POLICE DEPT., et.al.,

　　　　　Defendants.
_____/

## ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF

Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendant, through his counsel, the City of Detroit Law Department, is hereby granted leave to conduct a deposition of the Plaintiff, Abbas Abdoush, No. 288877, at any Michigan Department of Corrections facility at which Plaintiff is housed.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 30, 2008.

　　　　　　　　　　　　　　　　　　　　　S/Gina Wilson
　　　　　　　　　　　　　　　　　　　　　Judicial Assistant