UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABBAS ABDOUSH,   No. 07-11743

       Plaintiff,   District Judge Gerald E. Rosen

v.   Magistrate Judge R. Steven Whalen

DETROIT POLICE DEPT., et.al.,

       Defendants.
                                       /

**ORDER**

Before the Court is Plaintiff's motion for a foreign language interpreter [Docket #36]. Plaintiff is represented by counsel who took this case on a *pro bono* basis, at the request of the Court.

Pursuant to Fed.R.Civ.P. 43(d), Plaintiff's motion for a foreign language interpreter is GRANTED. For purposes of testimonial proceedings, as well as settlement conferences, Plaintiff may obtain an interpreter in the Iraqi/Arabic language at Court expense. The interpreter shall be paid at the rate applicable to interpreters under the Criminal Justice Act, 18 U.S.C. § 3600A, and the total cost shall not exceed the maximum for reimbursement of *pro bono* counsel's expenses from the Court's Non-Appropriated Fund ($2,000.00). Plaintiff's counsel shall submit a request for reimbursement, on a form provided by the Clerk's Office, within 30 days of entry of judgment.

IT IS SO ORDERED.


                                                 S/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 7, 2010.


                                               S/G. Wilson
                                             Judicial Assistant